IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00817-PAB-KLM

ELIZABETH MCKINNY,

    Plaintiff,

v.

DAVID R. ALLISON,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Reschedule Rule 16(b) Scheduling/Planning Conference and Settlement Conference** [Docket No. 11; Filed June 19, 2009] (the "Motion").  The Court notes that this is not a settlement conference and one will be set during the Scheduling Conference.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for June 23, 2009 at 10:30 a.m. is **vacated** and **RESET** to **July 2, 2009 at 9:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.  Deadline for submission of the proposed scheduling order is on or before **June 29, 2009**.

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **June 29, 2009**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

    Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2(B).

Dated:  June 22, 2009