IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00817-PAB-KLM

ELIZABETH MCKINNY,

    Plaintiff,

v.

DAVID R. ALLISON,

    Defendant.
_____

### ORDER OF ADMINISTRATIVE CLOSURE
_____

This matter comes before the Court upon the parties' Joint Motion for Administrative Closure Due to Settlement [Docket No. 24].

The parties have entered into a settlement agreement which resolves all issues raised in plaintiff's complaint. The parties request an order of this Court administratively closing this case subject to being reopened in the event the terms of the settlement are not satisfied.

Having reviewed the matter and being fully advised in the premises, the Court finds that this case should be administratively closed subject to reopening for good cause shown pursuant to D.C.COLO.LCivR 41.2. Good cause for reopening this case shall include non-compliance with the settlement terms. Wherefore, it is

**ORDERED** that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown. It is further

**ORDERED** that, if no party files a stipulation to dismiss the case or a motion to reopen the case on or before January 31, 2013, this case will be dismissed without prejudice without further notice to the parties.

DATED April 12, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge