IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00817-PAB-KLM

ELIZABETH MCKINNY,

    Plaintiff,

v.

DAVID R. ALLISON,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court on plaintiff's unopposed supplemental motion to reopen the case and enter a stipulated judgment [Docket No. 37]. On April 12, 2010, the Court entered an order administratively closing this case pursuant to D.C.COLO.LCivR 41.2 [Docket No. 28]. The order administratively closed the case pending the parties' performance under their settlement agreement and allowed for reopening the case in the event the parties did not comply with the settlement terms.

    Plaintiff states that defendant has failed to satisfy the settlement agreement and seeks to reopen the case. After defendant failed to pay the February 28, 2010 payment, the parties executed an amendment to the settlement agreement and mutual release, modifying the original settlement terms. *See* Docket No. 31-3. Defendant then failed to make the May 10, 2010 payment required by the amendment and plaintiff filed a motion to reopen the case [Docket No. 31]. Defendant opposed this motion, arguing that he was not in default [Docket No. 32]. On January 14, 2011, plaintiff filed the

present motion, stating that defendant failed to make his December 31, 2010 payment. Pursuant to the parties' settlement agreement, plaintiff is now entitled to an entry of judgment in her favor in the amount of $909,212.08 with prejudgment interest at the rate of 0.36% per year from November 1, 2009. Plaintiff adds that this judgment should be reduced by $60,000, the amount of defendant's payments to date. Plaintiff's motion states that defendant's counsel does not oppose the relief requested by plaintiff. Defendant has not filed a response. Accordingly, it is

**ORDERED** that plaintiff's Unopposed Supplemental Motion to Reopen and for Entry of Stipulated Judgment [Docket No. 37] is **GRANTED**. It is further

**ORDERED** that, good cause being shown, this case is reopened pursuant to D.C.COLO.LCivR 41.2. It is further

**ORDERED** that judgment shall enter in favor of plaintiff and against defendant in the amount of $849,212.08, together with prejudgment interest in the amount of $3,693.72, plus interest at the rate of 0.36% per annum from January 14, 2011 until the date of judgment. It is further

**ORDERED** that plaintiff's Corrected Motion to Reopen and for Entry of Stipulated Judgment [Docket No. 31] is **DENIED** as moot.

DATED February 15, 2011.

                                                   BY THE COURT:

                                                   s/Philip A. Brimmer
                                                   PHILIP A. BRIMMER
                                                   United States District Judge